CHRISTIAN EMERSON DYSART AND MILDRED MAXWELL DYSART v.
WILLIAM KENT CUMMINGS AND KIMBERLY N. CUMMINGS

No. 132A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 181 N.C. App. 641, 640 S.E.2d 832 (2007), affirming entry of summary judgment for plaintiffs on 1 March 2006 by Judge Kenneth C. Titus in Superior Court, Wake County. Heard in the Supreme Court 12 September 2007.

*Boyce & Isley, PLLC, by Philip R. Isley, for plaintiff-appellees.*

*John Walter Bryant for defendant-appellants.*

PER CURIAM.

AFFIRMED.

Justice BRADY did not participate in the consideration or decision of this case.